

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKEY BRIGHT | CIVIL ACTION |
| VERSUS | NO. 06-2782 |
| MARLIN GUSMAN, SHERIFF, SPECIAL INVESTIGATION DEPARTMENT (SID), TIER DEPUTIES (MANY OF THEM) UNKWN. NAMES | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rickey Bright's Title 42 U.S.C. § 1983 against Orleans Parish Criminal Sheriff Marlin Gusman, the unidentified tier deputies, and the Special Investigation Department are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

**IT IS FURTHER ORDERED** that Dean's claims brought pursuant to Louisiana law are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE